UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:18-cv-00639-WTL-MPB<br>)<br>) |
| KYLE HUGHES; JENNIFER ROBISON; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFAULT JUDGMENT**

Plaintiff, West Bend Mutual Insurance Company ("West Bend"), by counsel, pursuant to Fed.R.Civ.Pro. 55(b)(2), having filed its verified motion for default judgment against Defendant, Kyle Hughes.

AND the Court having examined said verified motion, and being otherwise duly advised in the premises, NOW FINDS as follows:

1. On October 9, 2018, the Clerk entered the Default of Kyle Hughes. *See*, Doc. 60.

2. Kyle Hughes is not a minor or incompetent person.

3. Kyle Hughes is not in is not in the active military service of the United States.

4. West Bend is entitled to judgment by default against Kyle Hughes.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that judgment by default is hereby entered in favor of West Bend and against Kyle Hughes:

A. Declaring that West Bend has no duty under West Bend's Home and Highway Policy No. HHG 6462050-01 to Rick Royer and Sherry L. Royer, as the named insureds, with

effective dates of coverage of March 12, 2015, to March 12, 2016 (the "Policy") to defend Kyle Hughes against any "Complaint" filed against him in the following legal proceeding: "*Jennifer Robison, Plaintiff, vs. Kyle Hughes and State Farm Mutual Automobile Insurance Company and Sherry Royer, Defendants*", Cause No. 32D04-1708-CT-000112, Hendricks Superior Court No. 4 (the "Lawsuit");

  B. Declaring that West Bend has no duty under the Policy to indemnify Kyle Hughes against the Lawsuit's "Complaint".

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this default judgment is binding only against Kyle Hughes.

SO ORDERED this 17th day of December, 2018.

Distribution:

Sarah J. Graziano
sgraziano@hensleylegal.com

Rudy Longman
rlongman@hensleylegal.com

James H. Milstone
jhmilstone@kopkalaw.com

Dominique N. Nelson
dnnelson@kopkalaw.com

Mark R. Smith
msmith@smithfisher.com

Linda L. Vitone
lvitone@smithfisher.com

John B. Drummy
jdrummy@k-glaw.com

Kyle Hughes
1224 Richfield Lane
Avon, Indiana 46123

_____
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

2